IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY J. SCICCHITANO, JR.,

    Plaintiff,

v.

CHESTNUT RIDGE COUNSELING
SERVICES, INC. and PSYCHIATRIC CARE
SYSTEMS, P.C.,

    Defendants.

Civil Action No. 16-53
Judge David Stewart Cercone
Chief Magistrate Judge Maureen P. Kelly

## ORDER ADOPTING REPORT AND RECOMMENDATION

AND NOW, this 9th day of March, 2016, after Plaintiff Anthony J. Scicchitano, Jr. filed a complaint in the above-captioned matter, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until February 22, 2016 to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint, ECF No. 3, is DISMISSED. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ D. Cercone
David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Anthony J. Scicchitano, Jr.
KB-9484
SCI Albion
10745 Route 18
Albion, PA 16475
(*Via First Class Mail*)